# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

PETER CELESTINE

NO. 2021 KW 0711

OCTOBER 5, 2021

---

In Re:   Peter Celestine, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-19-06524.

---

**BEFORE:   WHIPPLE, C.J., PENZATO AND HESTER, JJ.**

**WRIT DENIED ON THE SHOWING MADE.** Relator failed to include the district court's ruling denying the motion for speedy trial. Instead, relator included the proposed order that accompanied the motion for speedy trial, on which the October 12, 2021 trial date appears; however, the proposed order does not include the judge's signature. Relator also failed to include the bill of information, pertinent district court minutes, and any other portion of the district court record that would support the claim raised in the writ application.

**VGW**
**AHP**
**CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT